# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sullivan, Patricia A. | District Court - RI | 12/15/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (FT) | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final | 01/01/2013 to 12/31/2013 |
| | 5b. ☑ Amended Report | |

**7. Chambers or Office Address**

Two Exchange Terrace
Providence RI 02903

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Board of Directors of Roger Williams University School of Law |
| 2. | Manager and Member | ▓▓▓▓▓▓▓▓▓▓ |
| 3. | Director | Rhode Island Bar Foundation |
| 4. | Director | Rhode Island Chapter of Federal Bar Association |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Patricia A. | 12/15/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Citizens Bank (pension) |
| 2. | 2013 | Bank of America (pension) |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Sullivan, Patricia A. | 12/15/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Patricia A. | 12/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. MFS Investment Management (Educational Funds) | A | Dividend | J | T | | | | | |
| 2. --MFS Growth Allocation Fund A (MAGWX) | | | | | | | | | |
| 3. --MFS Growth Allocation Fund B (MBGWX) | | | | | | | | | |
| 4. US Treasury EE Bonds | A | Interest | J | T | | | | | |
| 5. Northwest Mutual Life Policy "Adjustable CompLife" | C | Dividend | M | T | | | | | |
| 6. Minnesota Variable Group Universal Life Insuarnce Policy | D | Int./Div. | K | T | | | | | |
| 7. --Janus Aspen Forty | | | | | | | | | |
| 8. --FID VIP Value | | | | | | | | | |
| 9. --Ivy VIP Value | | | | | | | | | |
| 10. --FID VIP Equity Income | | | | | | | | | |
| 11. --Janus Aspen OVES SS | | | | | | | | | |
| 12. Membership in ▒▒▒▒▒▒ LLC | B | Distribution | M | U | | | | | |
| 13. BNY Mellon HSA Account (Y) | | | | | | | | | |
| 14. Sovereign Account | A | Interest | K | T | | | | | |
| 15. Sovereign Money Market Account | A | Interest | L | T | | | | | |
| 16. Schwab Account (IRA) | G | Int./Div. | P1 | T | | | | | |
| 17. --Schwab Govt Money Fund (SWGXX) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Patricia A. | 12/15/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  --Charles Schwab Bank account | | | | | | | | | |
| 19.  --Federated US Govt Sec 2-5 Yrs (FIGTX) | | | | | Sold | 05/16/13 | K | A | |
| 20.  --Fidelity Floating Rate HI INCM (FFRHX) | | | | | | | | | |
| 21.  --First Eagle High Yield FD A (FEHAX) | | | | | Buy (add'l) | 05/16/13 | M | | |
| 22.  --Flexshares ETF IBoxx 3 Yr TRGT (TSTT) | | | | | | | | | |
| 23.  --Invesco Conv Securities FD CL (CNSAX) | | | | | Sold (part) | 05/16/13 | M | B | |
| 24. | | | | | Buy (add'l) | 09/23/13 | L | | |
| 25.  --Lord Abbett Short Duration (LALSZ) | | | | | | | | | |
| 26.  --Pimco 0-5 High Yield Corp B (HYS) | | | | | Sold (part) | 09/23/13 | L | A | |
| 27.  --Putnam Absolute Return 300 FD (PYTRX) | | | | | Sold (part) | 05/09/13 | K | A | |
| 28. | | | | | Sold (part) | 05/16/13 | M | A | |
| 29. | | | | | Buy (add'l) | 06/18/13 | K | | |
| 30.  --SCH US TIPS ETF (SCHP) | | | | | Sold | 05/16/13 | K | A | |
| 31.  --Fidelity ADV Emerging Mkts Inc (FMKAX) | | | | | Buy (add'l) | 05/09/13 | K | | |
| 32.  --SPDR INTL Government TIPS ETF (WIP) | | | | | | | | | |
| 33.  --Templeton Global Bond Fund (TGBAX) | | | | | Buy (add'l) | 05/16/13 | M | | |
| 34. | | | | | Buy (add'l) | 06/18/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Patricia A. | 12/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  --First Eagle US Value Fund CL (FEVAX) | | | | | Buy (add'l) | 09/23/13 | K | | |
| 36.  --Goldman Sachs Small Mid Cap (GSMYX) | | | | | | | | | |
| 37.  --Heartland Value Plus (HNVIX) | | | | | | | | | |
| 38.  --Powershares S&P ETF 500 Low VO (SPLV) | | | | | Sold (part) | 09/23/13 | K | A | |
| 39.  --Putnam Capital Spectrum FD CL (PVSAX) | | | | | | | | | |
| 40.  --Royce Special Equity FD Invest (RYSEX) | | | | | Buy (add'l) | 06/18/13 | K | | |
| 41.  --Schwab S&P 500 Selct Shs (SWPPX) | | | | | Sold (part) | 09/23/13 | M | A | |
| 42. | | | | | Buy (add'l) | 09/23/13 | J | | |
| 43.  --First Eagle Overseas (SGOVX) | | | | | | | | | |
| 44.  --Ishares MSCI ETF Emerging MKTS (EEMV) | | | | | Buy (add'l) | 05/16/13 | M | | |
| 45. | | | | | Buy (add'l) | 06/18/13 | J | | |
| 46.  --Powershares ETF S&P INTL (IDLV) | | | | | Sold (part) | 05/09/13 | K | A | |
| 47. | | | | | Sold (part) | 05/16/13 | M | A | |
| 48. | | | | | Buy (add'l) | 06/18/13 | K | | |
| 49.  --SCHW Intl SCAP ETF (SCHC) | | | | | Buy (add'l) | 06/18/13 | J | | |
| 50.  --SPDR DJ Wilshire Intl Real Est (RWX) | | | | | | | | | |
| 51.  --SPDR DJ Wilshire REIT (RWR) | | | | | Buy (add'l) | 06/18/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Patricia A. | 12/15/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --IPath DJ AIG Commodity Index (DJP) | | | | | Buy | 05/09/13 | J | | |
| 53. | | | | | Buy (add'l) | 06/18/13 | J | | |
| 54. --DFA INTL Small Cap Value (DISVX) | | | | | Buy | 05/09/13 | K | | |
| 55. --Lord Abbett Inflation Focused FD (LIFIX) | | | | | Buy | 05/16/13 | K | | |
| 56. | | | | | Buy (add'l) | 06/18/13 | K | | |
| 57. | | | | | Buy (add'l) | 09/23/13 | L | | |
| 58. --Loomis Sayles Senior Flting Rate & Fixed (LSFYX) | | | | | Buy | 06/18/13 | J | | |
| 59. --Lord Abbett Inflation Focused FD (LIFIX) | | | | | Buy | 06/18/13 | K | | |
| 60. --Putnam Capital Spectrum FD CL Y (PVSYX) | | | | | Buy | 09/23/13 | M | | |
| 61. Schwab Account | E | Int./Div. | O | T | | | | | |
| 62. --Schwab Govt Money Fund | A | Int./Div. | L | T | | | | | |
| 63. --First Eagle US Value (FEVAX) | B | Dividend | L | T | Buy | 06/18/13 | L | | |
| 64. --Fidelity ADV Emerging Mar (FMKAX) | A | Dividend | J | T | Buy | 06/18/13 | J | | |
| 65. --IShares MSCI (EEMV) | A | Dividend | K | T | Buy | 06/18/13 | K | | |
| 66. --DFA INTL Small Cap (DISVX) | A | Dividend | K | T | Buy | 06/18/13 | K | | |
| 67. --Royce Special Equity (RYSEX) | B | Dividend | K | T | Buy | 06/18/13 | K | | |
| 68. --First Eagle Overseas (SGOVX) | B | Dividend | K | T | Buy | 06/18/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Patricia A. | 12/15/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --SPDR Nuveen Barclays (SHM) | A | Dividend | L | T | Buy | 06/18/13 | L | | |
| 70. --Schwab S&P 500 Select (SWPPX) | A | Dividend | J | T | Buy | 06/18/13 | J | | |
| 71. --Templeton Global Bond Fund (TGBAX) | A | Dividend | L | T | Buy | 06/18/13 | L | | |
| 72. --SPDR INTL Government (WIP) | A | Dividend | J | T | Buy | 06/18/13 | J | | |
| 73. --MKT Vectors ETF (HYD) | A | Dividend | K | T | Buy | 06/18/13 | K | | |
| 74. --Goldman Sachs Small Mid Cap (GSMYX ) | A | Dividend | K | T | Buy | 06/18/13 | K | | |
| 75. --Lord Abbett Inflation (LIFIX) | A | Dividend | K | T | Buy | 06/18/13 | K | | |
| 76. --Loomis Sayles Senior (LSFYX) | A | Dividend | K | T | Buy | 06/18/13 | K | | |
| 77. --SPDR DJ Wilshire INTL Real Estate (RWX)) | A | Dividend | J | T | Buy | 06/18/13 | J | | |
| 78. --Putnam Capital Spectrum (PVSYX) | B | Dividend | K | T | Buy | 06/18/13 | K | | |
| 79. --SPDR DJ Wilshire REIT (RWR) | A | Dividend | J | T | Buy | 06/18/13 | K | | |
| 80. Schwab Santander 401-K Plan | E | Int./Div. | | | Merged (with line 16) | 06/18/13 | M | | |
| 81. --Schwab Mngd Ret Trust 2010 Cl II (Y) | | | | | | | | | |
| 82. -- Dodge & Cox Stock (DODGX) | | | | | Sold (part) | 06/18/13 | K | | |
| 83. --Harbor Capital Appreciation Instl (HACAX) | | | | | Sold (part) | 06/18/13 | L | | |
| 84. --SSGA S&P 500 CL E (Y) | | | | | | | | | |
| 85. --Banco Santander SA ADR (SAN) | | | | | Sold | 06/18/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Patricia A. | 12/15/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --Banco Santander SA ADR Liquidity Fu (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Patricia A. | 12/15/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I:

Line 3: Please see the letter from the Committee on Codes of Conduct regarding the position listed on Line 3, which was filed with my Initial Disclosure.

Part VII:

Line 6: The income reported for this life insurance policy is based on the total "investment gain/loss" that appears in the year end statement.

Line 12: The asset listed on Line 12 is membership in an entity that has never made a distribution to its members. The entity's sole asset, ▮▮▮▮▮▮▮▮▮, is used by the members from time to time; I use an estimate of the value of this use as "income."

Line 16: This IRA is actually two accounts, one in my name and one in my husband's name, managed by the same person at Schwab.

Line 18: On my Initial Report on line 55, I listed "Schwab Money Market." This was an error. It is a deposit account at "Charles Schwab Bank."

Line 80: All of the assets in this employer-managed Schwab Santander 401-K were transferred by Schwab into the Schwab IRA account listed on line 16 on June 18, 2013. The assets listed on lines 82 and 84 that were not sold are now held in the Schwab IRA account and will be reported next year as part of that account. The income reported for the Schwab Santander 401-K account is based on "Gain/Loss/Net Income" on the 401-K final statement.

Lines 81, 84: These assets were converted to cash before transfer to the Schwab IRA account listed on line 16. The total value generated by the sale of both is within Value Code M. This employer-managed 401-K did not provide the date of sale or break the value down by asset.

Lines 81-85: This employer-managed 401-K did not provide gain/loss or basis information for individual assets.

Line 86: This liquidity fund was reduced to zero in the first quarter of 2013.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Patricia A. Sullivan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544